UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 19 2011
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

CHRISTINA LEAS DUNN,
and
JOHN DAVIDSON DUNN
    Movants.

Case No. 5:11-cv-05123

-v-

RELS CREDIT, AKA RELS CRDT,
AKA RELSCREDIT,
CREDIT TECHNOLOGIES, INC., AKA CREDIT TECH,
AKA CR TECHNIC,
LANDSAFE CREDIT, INC., AKA LANDSAFE CRT,
AKA LANDSAFE, and
OTHER COMPANIES AND/OR
CORPORATIONS
1-1,000 UNKNOWN AND YET TO BE
DISCOVERED in their personal and
professional capacities,
Defendants.

## MOVANTS' MOTION FOR LEAVE OF COURT TO SUPPLEMENT THE RECORD

### VERIFICATION OF COMPLAINT AND CERTIFICATION

We, Christina L Dunn and John D Dunn, Movants, do hereby move the Court for Leave to Supplement the Record based on new evidence that arose after filing the Complaint, and do hereby certify the following:

1. That Movants have no recollection of giving to Defendants LANDSAFE CREDIT, RELS CREDIT, CREDIT TECHNOLOGIES INC., SHANE LESTER, AND CITYWIDE PROFESSIONAL LENDING, INC. permission to obtain their credit reports from three credit bureaus, and believe none exists;

1

2. That Movants believe that in a Uniform Residential Loan Application, page 4, the phrase "**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency" means that only an owner of the Loan, its servicers, successors and assigns, may obtain or verify any information about the Movants;

3. That Defendants LANDSAFE CREDIT, RELS CREDIT, CREDIT TECHNOLOGIES INC., SHANE LESTER, AND CITYWIDE PROFESSIONAL LENDING, INC. are not and have never been owners of a Loan to Movants;

4. That Movants believe that the definition of the word "a" means singular, or one;

5. That Movants believe that in a Uniform Residential Loan Application, page 4, the phrase "**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency" means that ONLY the OWNERS of a Plaintiff's Loan may only pull credit information from ONE credit bureau per applicant;

6. That Movants believe that the term "mortgage company" is defined as a company providing mortgage financing with its own funds;

7. That Movants believe that none of the named Defendants are a mortgage company.

8. That Movants believe that this civil Complaint is well grounded in fact and warranted by existing law or by good faith argument for the extension, modification, or reversal of existing law.

9. That Movants believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendants, cause unnecessary delay to any Defendants, or create a needless increase in the cost of litigation to any Defendants, named in this Complaint.

10. That Movants have filed this Complaint in good faith and solely for the purposes set forth in it.

Per 28 U.S.C. §1746(2), we, Christina Leas Dunn and John Davidson Dunn, hereby declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

**WHEREFORE.** premises considered, Movants move this Honorable Court for the entry of an Order permitting leave of court for the supplementation of the record.

By: /s/ _Christina-Leas: (family) dunn_, agent
christina leas dunn, without recourse, without prejudice, UCC § 1-308

By: /s/ _____, agent
john davidson dunn, without recourse, without prejudice, UCC § 1-308

Date _July 15, 2011_