```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

CHRISTINA L. DUNN a/k/a
CHRISTINA L. LAPETINA; and
JOHN D. DUNN                                         PLAINTIFFS

        v.                Civil No. 11-5123

RELS CREDIT, a/k/a RELS CRDT,
a/k/a RELSCREDIT;
CREDIT TECHNOLOGIES, INC., a/k/a
CREDIT TECH, a/k/a CR TECHNIC;
LANDSAFE CREDIT, INC., a/k/a
LANDSAFE CRT, a/k/a LANDSAFE;
SHANE LESTER, CMC, CMRS;
CITYWIDE PROFESSIONAL LENDING, INC.;
and OTHER COMPANIES AND/OR
CORPORATIONS 1-1,000 UNKNOWN AND
YET TO BE DISCOVERED                                 DEFENDANTS

## O R D E R

    Now on this 20th day of September, 2011, come on for consideration the **Motion To Dismiss** of Rels Reporting Services, L.L.C., d/b/a Rels Credit (document #18), and plaintiffs' **Objection To Separate Defendant Rels Credit Motion To Dismiss And In The Alternative, For Leave Of Court To Amend Service Of Process** (document #25), and from said documents, and other filings in this matter, the Court finds and orders as follows:

    1.  Plaintiffs filed suit on May 19, 2011, and on May 26, 2011, obtained leave to proceed *in forma pauperis*. As directed by the Magistrate Judge, plaintiffs furnished addresses for those whom they believed to be registered agents for Rels Credit, Credit Tech, and Landsafe Credit, Inc., to facilitate service of process.

The Magistrate Judge then directed that the United States Marshal serve the Complaint on these defendants.

2. Rels Credit moved for dismissal of the claims against it for insufficient process and insufficient service of process, contending that service on its officer Kathleen A. Elzea ("Elzea") is insufficient because (a) Elzea is neither its registered agent nor an agent authorized to accept service of process; (b) no summons has been issued to Rels Credit; and (c) the attempted service -- by certified mail -- was not made by restricted delivery. Although Rels Credit subsequently filed an Answer, it preserved its objections to the sufficiency of process and service of process.

3. Plaintiffs responded to Rels Credit's Motion To Dismiss that they had obtained Elzea's name from the Oregon Secretary of State, and that they have now learned that Rels Credit has a registered agent for service in the State of Arkansas, i.e., The Corporation Company, 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201. They point out that they had no control over the method of service utilized by the United States Marshal, and ask for a second chance to perfect service.

4. Rels Credit is correct that service of a Complaint without a summons is insufficient. "A summons must be served with a copy of the complaint." **F.R.C.P. 4(c)(1).** Rels Credit is also correct that service by certified mail is insufficient in this

instance because it was not made by restricted delivery.  Under Arkansas law, which is applicable pursuant to **F.R.C.P. 4(h)**, service on a corporation -- other than by serving its registered agent -- may be made by "any form of mail addressed to the person to be served with a return receipt requested and delivery restricted to the addressee or the agent of the addressee." **A.R.C.P. 4(d)(8)(A)(i).**

Plaintiffs are also correct in pointing out that they did not control the method used by the United States Marshal to effect service and should have a second opportunity to perfect service. Thus, although Rels Credit's motion has merit, its requested relief goes too far and the motion will be denied for that reason. Service of process against Rels Credit has not been perfected, but plaintiffs may try again.

5.  In order that service may be perfected, the Court will direct that the Clerk of Court issue a Summons to Rels Credit and deliver it to the United States Marshal, who is directed to serve it upon The Corporation Company, 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201, by certified mail, return receipt requested.  Because The Corporation Company is Rels Credit's registered agent, this piece of mail need not be sent by restricted delivery.

**IT IS THEREFORE ORDERED** that the **Motion To Dismiss** of Rels Reporting Services, L.L.C., d/b/a Rels Credit (document #18) is

**denied.**

**IT IS FURTHER ORDERED** that plaintiffs' **Objection To Separate Defendant Rels Credit Motion To Dismiss And In The Alternative, For Leave Of Court To Amend Service Of Process** (document #25) is **granted.**

**IT IS FURTHER ORDERED** that the Clerk of Court issue a Summons to Rels Credit and deliver it, along with copies of the Complaint and the First Amended Complaint, to the United States Marshal, who is directed to serve it upon The Corporation Company, 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201, by certified mail, return receipt requested.

**IT IS SO ORDERED.**

       /s/ Jimm Larry Hendren
       **JIMM LARRY HENDREN**
       **UNITED STATES DISTRICT JUDGE**