IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTINA L. DUNN a/k/a
CHRISTINA L. LAPETINA and
JOHN D. DUNN                                                                                                PLAINTIFFS

v.                                              CASE NO. 11-5123

RELS CREDIT a/k/a RELS CRDT, a/k/a
RELSCREDIT; CREDIT TECHNOLOGIES,
INC., a/k/a CREDIT TECH, a/k/a
CR TECHNIC, LANDSAFE CREDIT, INC.
a/k/a LANDSAFE; and Other Companies
and/or Corporations 1-1,000 Unknown and Yet
to be Discovered                                                                                            DEFENDANTS

### RESPONSE TO PLAINTIFFS' MOTION TO DISMISS
### SEPARATE DEFENDANT RELS CREDIT'S COUNTERCLAIM

Defendant/Counter-Plaintiff Rels Reporting Services, L.L.C., d/b/a Rels Credit ("Rels"), for its response to the motion to dismiss the counterclaim of Plaintiffs/Counter-Defendants Christina L. Dunn and John D. Dunn (the (the "Response"), states as follows:

1.      On July 19, 2011, Counter-Defendants filed their first amended complaint against Rels and others ("Complaint") alleging violations of the Fair Credit Reporting Act ("FCRA").

2.      On August 19, 2011, Rels filed its Answer of Rels Reporting Services, L.L.C. to First Amended Complaint and Counterclaim ("Counterclaim") alleging that the Complaint was filed in bad faith and for improper purposes of harassing defendants which entitles Rels to its attorneys' fees for work expended and costs of this action.

3.      On September 9, 2011, Counter-Defendants filed their Motion to Dismiss Separate Defendant Rels Credit Counterclaim and brief in support (the "Motion").

938764-v1

4. In filing the Motion, Counter-Defendants failed to comply with Rule 7 of the Federal Rules of Civil Procedure, requiring that all motions "state with particularity the grounds for seeking the order."

5. Instead, Counter-Defendants continue their unfounded and unexplained allegations and continue to harass Rels by proceeding with this lawsuit and asserting allegations of forgery against Rels.

6. Even if the Counter-Defendants had filed a proper motion to dismiss, which they did not, Rels' Counterclaim states a claim upon which relief can be granted.

7. For these reasons, the motion to dismiss should be denied.

8. Should the Court find any deficiency in the Counterclaim, Rels requests an opportunity to amend, rather than dismissal.

9. Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, all previous pleadings filed by Rels are incorporated herein by reference.

10. In support of its Response, Rels submits a contemporaneously filed brief in support.

WHEREFORE, Rels Reporting Services, LLC prays that the Complaint be dismissed with prejudice, that it be awarded its attorneys' fees and costs pursuant to the request made in its Counterclaim, and for all other proper relief to which it is entitled.

WRIGHT, LINDSEY & JENNINGS LLP<br>
200 West Capitol Avenue, Ste 2300<br>
Little Rock, AR 72201<br>
Telephone: 501-371-0808<br>
Fax: 501-376-9442<br>
Email: ktucker@wlj.com<br>
dborgognoni@wlj.com

By: _____
Kimberly Wood Tucker (83175)
Diana E. Borgognoni (2009158)
*Attorneys for Rels Reporting Services, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2011, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system. I hereby certify that I mailed the document by United States Postal Service to the following non-CM/ECF participants:

Christina L. Dunn
John D. Dunn
2355 Sequoyah Drive
Rogers, AR 72758
*Pro Se Plaintiffs*

_____
Kimberly Wood Tucker