# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See "Instructions for Service of Process by U.S. Marshal"

*[Stamp: U.S. DISTRICT COURT WESTERN DISTRICT ARKANSAS FILED SEP 29 2011 CHRIS R. JOHNSON, CLERK]*

| | |
|---|---|
| **PLAINTIFF** Christina L. Dunn, et al | **COURT CASE NUMBER** 11-5123 |
| **DEFENDANT** Rels Credit, et al | **TYPE OF PROCESS** Service of Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Corporation Company

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Judge Jimm Larry Hendren
U.S. District Judge
35 East Mountain, Room 559
Fayetteville, AR 72703

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

*[Stamp: 2011 SEP 22 PM 3:59 RECEIVED USMS]*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

---

| Signature of Attorney other Originator requesting service on behalf of: Judge Jimm Larry Hendren | ☒ PLAINTIFF ☐ DEFENDANT | **TELEPHONE NUMBER** 479-444-7876 | **DATE** 9/20/11 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1-1 | District of Origin No. 10 | District to Serve No. 09 | Signature of Authorized USMS Deputy or Clerk *Whitney Cypert* | Date 9/22/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 9/26/11   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy
*H. Mike Oglesby by Whitney Cypert*

| Service Fee $55.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges $55.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

**REMARKS:**

Certified Mail 7009 1410 0000 7041 5247

---

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Tania Maltby_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name ) **TANIA MALTBY**    C. Date of Delivery 9/26/11 |
| 1. Article Addressed to:<br><br>The Corporation Company<br>124 West Capitol Ave., Suite 1900<br>Little Rock, AR 72201<br><br>11-5123 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 1410 0000 7041 5247 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |