IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTINA L. DUNN AKA
CHRISTINA L. LAPENTINA; AND
JOHN D. DUNN

PLAINTIFFS

VS.   CASE NO.: 5:11-CV-05123 (JLH)

RELS CREDIT, AKA RELS CRDT,
AKA RELSCREDIT; CREDIT TECHNOLOGIES,
INC., AKA CREDIT TECH, AKA CR TECHNIC;
LANDSAFE CREDIT, INC., AKA LANDSAFE;
SHANE LESTER, CMC, CMRS;
CITYWIDE PROFESSIONAL LENDING, INC.,
AND OTHER COMPANIES AND/OR
CORPORATIONS 1-1,000 UNKNOWN AND
YET TO BE DISCOVERED

DEFENDANTS

## CERTIFICATE OF SERVICE

On October 17th, 2011, I mailed, postage prepaid, by First Class U.S. Mail, a true copy of the foregoing Response to Plaintiffs Motion to Strike Defendants' Answer to Amended Compaint to John & Christina Dunn at 2355 Sequoyah Drive, Rogers, AR 72758, Pro-Se Plaintiffs.

Otto R. Fry



# OTTO R. FRY
## ATTORNEY AT LAW

4401 Grand Avenue, Ft. Smith, AR 72904
Phone: 479-782-2640 Fax: 479-782-2641
frylawyer@hotmail.com

---

October 16, 2011

Christina Leas Dunn
John Dunn
2355 Sequoyah Drive
Rogers, AR 72758

RE: Response to Motion to Strike Motion for More Definite Statement
Dunn v. RELS Credit et al, Case No. 5:11-cv-05123
Western District of Arkansas, Fayetteville Division

Ms. Dunn:

Please find enclosed a copy of a Response to Plaintiffs' Motion to Strike Defendants' Answer and Brief in Support Thereof.

*[signature]*

Otto R. Fry, Esquire

c:file/client
w/attachment: Response to Plaintiffs' Motion to Strike Answer