IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION



ERN DISTRICT ARKA...
FILED
APR 3 0 2012
CHRIS R. JOHNSON, CLERK

CHRISTINA L. DUNN, AKA CHRISTINA L.
LAPETINA;
and
JOHN D. DUNN
    Plaintiffs.

Case No. 5:11-cv-05123-JLH

-v-

RELS CREDIT, AKA RELS CRDT,
AKA RELSCREDIT;
CREDIT TECHNOLOGIES, INC., AKA CREDIT TECH,
AKA CR TECHNIC;
OTHER COMPANIES AND/OR
CORPORATIONS
1-1,000 UNKNOWN AND YET TO BE
DISCOVERED,
    Defendants.

## PLAINTIFFS' OBJECTION TO DEFENDANT RELS CREDIT'S REQUESTS FOR INTERROGATORIES, PRODUCTION OF DOCUMENTS PROPOUNDED, AND DEPOSITIONS

    Plaintiffs John and Christina Dunn, pro se, hereby objects to Defendant RELS Credit's Request for Interrogatories, Requests for Production of Documents Propounded, and its attempt to depose the Plaintiffs. In support, Plaintiffs state as follows:

    Defendant RELS Credit Inc. has failed to comply with Rule 7 of the Federal Rules of Civil Procedure 7.1 Disclosure Statement. Although this Rule requires that the Defendant must file 2 copies with the Court before its first appearance, it has not done so. Furthermore, the Court has not issued the mandatory Federal Rules of Civil Procedure Rule

26(d): a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f).

Accordingly, Plaintiff requests an order that Defendant RELS Credit is precluded from any attempts at discovery from Plaintiffs in this matter until both Federal Rules of Civil Procedure 7.1 and 26(f) have been met.

/s/ _____
Plaintiff

/s/ _____
Plaintiff

Christina L Dunn
John D Dunn
2355 Sequoyah Dr.
Rogers, AR 72758
479-871-9025

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 27th day of April, 2012 by First Class US Mail with proper postage to Otto R. Fry, 4401 Grand Avenue, Fort Smith, AR 72904; to Diana Borgorgnoni Snyder, WRIGHT, LINDSEY, & JENNINGS LLP, 200 West Capitol Ave., Ste. 2300, Little Rock, AR 72201; and to Larry D. Henry, RHODES HIERONYMOUS JONES TUCKER & GABLE, 100 West 5th Street, Suite 400, Tulsa, OK 74103.

/s/ _____
Christina L Dunn

Dunn
2355 Sequoyah Dr.
Rogers, AR 72758

W. Dist. of AR Clerk
J.P. Hammerschmidt Fed. Bldg
Room 510
35 E. Mountain
Fayetteville, AR 72701