IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTINA L. DUNN a/k/a
CHRISTINA L. LAPETINA and
JOHN D. DUNN                                                                                    PLAINTIFFS

v.                                         CASE NO. 11-5123

RELS CREDIT a/k/a RELS CRDT, a/k/a
RELSCREDIT; CREDIT TECHNOLOGIES,
INC., a/k/a CREDIT TECH, a/k/a
CR TECHNIC, LANDSAFE CREDIT, INC.
a/k/a LANDSAFE; and Other Companies
and/or Corporations 1-1,000 Unknown and Yet
to be Discovered                                                                                 DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT
## OF RELS REPORTING SERVICES, L.L.C.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Rels Reporting Services, L.L.C., files the following Corporate Disclosure Statement:

1. <u>Identify any Parent Corporation.</u>

Defendant Rels Reporting Services, L.L.C. d/b/a Rels Credit, an Iowa limited liability company, is a wholly owned subsidiary of Rels, L.L.C., a Delaware limited liability company.

2. <u>Identify any Publicly Held Company that owns 10% or More of the Party's Stock.</u>

See above.

1122704-v1

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
EMAIL: ktucker@wlj.com
dsnyder@wlj.com

By _____
Kimberly Wood Tucker (83175)
Diana Borgognoni Snyder (2009158)
*Attorneys for Rels Reporting Services, L.L.C.*

## CERTIFICATE OF SERVICE

On May 11, 2012, a copy of the foregoing was served by ECF notification on the following:

Larry D. Henry
Rhodes Hieronymous Jones Tucker Gable
E-mail: lhenry@rhodesokla.com

James M. Graves
Bassett Law Firm, LLP
E-mail: jgraves@bassettlawfirm.com
*Attorneys For Credit Technologies, Inc. A/K/A Credit Tech*

Otto R. Fry
Otto R. Fry, P.A.
E-mail: frylawyer@hotmail.com
*Attorney For Shane Lester & Citywide Professional Lending*

On that same date, a copy of the foregoing was served on the following non-ECF participants by regular mail:

Christina L. Dunn
John D. Dunn
2355 Sequoyah Drive
Rogers, Arkansas 72758
*Pro Se Plaintiffs*

_____
Diana Borgognoni Snyder

2

1122704-v1