**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 1 1 2012

CHRIS R. JOHNSON, Clerk
By
       Deputy Clerk

CHRISTINA L. DUNN, AKA CHRISTINA  L.
LAPETINA;
and
JOHN D. DUNN
       Plaintiffs.

                                    Case No. 5:11-cv-05123-JLH

-v-

RELS CREDIT, AKA RELS CRDT,
AKA RELSCREDIT;
CREDIT TECHNOLOGIES, INC., AKA CREDIT TECH,
AKA CR TECHNIC;
OTHER COMPANIES AND/OR
CORPORATIONS
1-1,000 UNKNOWN AND YET TO BE
DISCOVERED,
       Defendants.


## PLAINTIFFS' OBJECTION TO BENCH TRIAL


Plaintiffs John and Christina Dunn, pro se, hereby object to the Court's scheduling of a Bench

Trial tentatively during the week of March 11, 2013 for the following reasons:

       Plaintiffs' Amended Complaint specifically demands a Jury trial in the last paragraphs on

page 17: "**DEMAND FOR JURY TRIAL** Plaintiff hereby demands a trial by jury of all issues

so triable as a matter of law" (See FIRST AMENDED COMPLAINT, FILED JUL 19, 2011,

DOCUMENT #14).

       Accordingly, Plaintiffs request that the tentative bench trial be stricken and a jury trial be

scheduled.

/s/ *CHRISTINA DUNN*
Plaintiff

/s/ _____
Plaintiff

Christina L Dunn
John D Dunn
2355 Sequoyah Dr.
Rogers, AR 72758
479-871-9025

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 10th day of May, 2012 by First Class US Mail with proper postage to Otto R. Fry, 4401 Grand Avenue, Fort Smith, AR 72904; to Diana Borgorgnoni Snyder, WRIGHT, LINDSEY, & JENNINGS LLP, 200 West Capitol Ave., Ste. 2300, Little Rock, AR 72201; and to Larry D. Henry, RHODES HIERONYMOUS JONES TUCKER & GABLE, 100 West 5th Street, Suite 400, Tulsa, OK 74103.

/s/ *CHRISTINA DUNN*
Christina L Dunn

Dunn
2355 Sequoyah Dr.
Rogers, AR 72758

Western District of Arkansas Clerk
John Paul Hammerschmidt Federal
Building, Room 510
35 East Mountain
Fayetteville, Arkansas 72701



