IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTINA L. DUNN a/k/a
CHRISTINA L. LAPETINA and
JOHN D. DUNN                                                                                      PLAINTIFFS

v.                                      CASE NO. 11-5123

RELS CREDIT a/k/a RELS CRDT, a/k/a
RELSCREDIT; CREDIT TECHNOLOGIES,
INC., a/k/a CREDIT TECH, a/k/a
CR TECHNIC, LANDSAFE CREDIT, INC.
a/k/a LANDSAFE; and Other Companies
and/or Corporations 1-1,000 Unknown and Yet
to be Discovered                                                                                  DEFENDANTS

## RESPONSE TO PLAINTIFFS' OBJECTION TO DEFENDANT RELS CREDIT'S REQUESTS FOR INTERROGATORIES, PRODUCTION OF DOCUMENTS PROPOUNDED, AND DEPOSITIONS AND PLAINTIFFS' OBJECTION TO DEFENDANT RELS CREDIT'S REQUESTS FOR ADMISSIONS AND DEPOSITION

Defendant Rels Reporting Services, L.L.C. ("Rels Credit"), for its response to the Plaintiffs' Objection to Defendant Rels Credit's Requests for Interrogatories, Production of Documents Propounded, and Depositions and Plaintiffs' Objection to Defendant Rels Credit's Requests for Admissions and Deposition (collectively, the "Objections"), states as follows:

1. Rels Credit served Plaintiffs with interrogatories and requests for production of documents on April 5, 2012. Rels Credit served the Plaintiffs with a notice of depositions on April 25, 2012, but served the Plaintiffs with a notice of cancellation of depositions on April 27, 2012. Rels Credit has not served Plaintiffs with requests for admission.

2. Currently, Rels Credit's interrogatories and requests for production of documents are the only outstanding discovery requests between the Plaintiffs and Rels Credit.

3. On May 11, 2012, Rels Credit filed its corporate disclosure statement, but acknowledges that the parties have not yet engaged in their Rule 26(f) conference. As a result, Rels Credit withdraws its interrogatories and requests for production and will re-serve those discovery requests upon completion of the Rule 26(f) conference.

WHEREFORE, Defendant Rels Reporting Services, L.L.C. withdraws its interrogatories and requests for production and prays for any other relief to which it is entitled.

> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> (501) 371-0808
> FAX: (501) 376-9442
> EMAIL: ktucker@wlj.com
> dsnyder@wlj.com
>
> By *(signature)*
> Kimberly Wood Tucker (80175)
> Diana Borgognoni Snyder (2009158)
> *Attorneys for Rels Reporting Services, L.L.C.*

## CERTIFICATE OF SERVICE

On May 11, 2012, a copy of the foregoing was served by ECF notification on the following:

>Larry D. Henry
>Rhodes Hieronymus Jones Tucker Gable
>E-mail: lhenry@rhodesokla.com
>
>James M. Graves
>Bassett Law Firm, LLP
>E-mail: jgraves@bassettlawfirm.com
>*Attorneys For Credit Technologies, Inc. A/K/A Credit Tech*
>
>Otto R. Fry
>Otto R. Fry, P.A.
>E-mail: frylawyer@hotmail.com
>*Attorney For Shane Lester & Citywide Professional Lending*

On that same date, a copy of the foregoing was served on the following non-ECF participants by regular mail:

>Christina L. Dunn
>John D. Dunn
>2355 Sequoyah Drive
>Rogers, Arkansas  72758
>*Pro Se Plaintiffs*

/s/ Diana B. Snyder
Diana Borgognoni Snyder