IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTINA L. DUNN, a/k/a Christina L.
Lapetina; and JOHN D. DUNN                                                                 PLAINTIFFS

VS.                                  CASE NO. 5:11-CV-05123-JLH

RELS CREDIT, et al,                                                                         DEFENDANTS

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF SEPARATE DEFENDANT, CREDIT TECHNOLOGIES, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Separate Defendant, Credit Technologies, Inc. (also identified by Plaintiffs in their Complaint as Credit Tech and CR Technic), a private non-governmental entity, certifies that it is a privately held corporation and has no parent corporation. There is also no publicly held corporation that owns stock in Credit Technologies, Inc.

DATED this 25th day of May, 2012.

Respectfully submitted,

BY:   /s/ James M. Graves
      James M. Graves (AB # 95172)
      BASSETT LAW FIRM LLP
      221 North College Avenue
      P.O. Box 3618
      Fayetteville, AR 72702-3618
      (479) 521-9996
      (479) 521-9600 Facsimile

      *Attorney for Defendant, Credit Technologies, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of May, 2012, I electronically filed the foregoing with the Clerk of the United States District Court for the Western District of Arkansas, using the CM/ECF system which sent notification of such filing to all CM/ECF participants of record, and hereby certify that I served the foregoing document by U.S. Mail on the following:

Christina L. Dunn
John Davidson Dunn
2355 Sequoyah Drive
Rogers, AR 72758

                                                __/s/ James M. Graves_____
                                                James M. Graves