IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTINA L. DUNN a/k/a
CHRISTINA L. LAPETINA and
JOHN D. DUNN                                                                                  PLAINTIFFS

v.                                    CASE NO. 11-5123

RELS CREDIT a/k/a RELS CRDT, a/k/a
RELSCREDIT; CREDIT TECHNOLOGIES,
INC., a/k/a CREDIT TECH, a/k/a
CR TECHNIC, LANDSAFE CREDIT, INC.
a/k/a LANDSAFE; and Other Companies
and/or Corporations 1-1,000 Unknown and Yet
to be Discovered                                                                              DEFENDANTS

### AMENDED CORPORATE DISCLOSURE STATEMENT
### OF RELS REPORTING SERVICES, L.L.C.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Rels Reporting Services, L.L.C., files the following Amended Corporate Disclosure Statement:

1. <u>Identify any Parent Corporation.</u>

Effective July 1, 2012, Rels, L.L.C. sold its 100% interest in Rels Reporting Services, L.L.C. d/b/a Rels Credit to CoreLogic Credco, L.L.C.

Rels Reporting Services, L.L.C. d/b/a Rels Credit, an Iowa limited liability company, is now a wholly owned subsidiary of CoreLogic Credco, L.L.C., a Delaware limited liability company.

2. <u>Identify any Publicly Held Company that owns 10% or More of the Party's Stock.</u>

See above.

1131758-v1

> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> (501) 371-0808
> FAX: (501) 376-9442
> EMAIL: ktucker@wlj.com
> dsnyder@wlj.com
>
> By /s/ Diana B. Snyder
> Kimberly Wood Tucker (83175)
> Diana Borgognoni Snyder (2009158)
> *Attorneys for Rels Reporting Services, L.L.C.*

## CERTIFICATE OF SERVICE

On July 12, 2012, a copy of the foregoing was served by ECF notification on the following:

> Larry D. Henry
> Rhodes Hieronymous Jones Tucker Gable
> E-mail: lhenry@rhodesokla.com
>
> James M. Graves
> Bassett Law Firm, LLP
> E-mail: jgraves@bassettlawfirm.com
> *Attorneys for Credit Technologies, Inc. A/K/A Credit Tech*
>
> Otto R. Fry
> Otto R. Fry, P.A.
> E-mail: frylawyer@hotmail.com
> *Attorney for Shane Lester & Citywide Professional Lending*

On that same date, a copy of the foregoing was served on the following non-ECF participants by regular mail:

> Christina L. Dunn
> John D. Dunn
> 2355 Sequoyah Drive
> Rogers, Arkansas 72758
> *Pro Se Plaintiffs*

/s/ Diana B. Snyder
Diana Borgognoni Snyder